THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORBIS CORPORATION, a Washington corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>CARTERET MORTGAGE CORPORATION, a Virginia corporation,<br><br>                      Defendant. | CASE NO. C05-1469 JCC<br><br>VOLUNTARY DISMISSAL |

Plaintiff Corbis Corporation hereby voluntarily dismisses its claims in this matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  This voluntary dismissal is without prejudice and without costs to either party.

      DATED this 6th day of January, 2005.

                                  LANE POWELL, PC


                                  By  */s/  Dan J. Donlan*
                                      Dan J. Donlan, WSBA # 25374
                                      Attorneys for Corbis Corporation

VOLUNTARY DISMISSAL- 1

Case No. C05-1469 JCC
118232.0059/1262478.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and caused to be delivered via Fedex Express Priority Overnight Mail, postage prepaid, to the following person(s) listed below:

Mr. Albert L. Elder, III
Vice President and Director of Compliance
Carteret Mortgage Corporation
6211 Centreville Road, Suite 800
Centreville, VA  20121

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 9th day of January, 2006, at Seattle, Washington.

/s Kree Arvanitas  for Dan J. Donlan, Esq.
**Signature of Attorney**
**WSBA #: 32122**
**Address:  Lane Powell Spears Lubersky**
            **1420 Fifth Avenue, #4100**
            **Seattle, WA  98101**
**Telephone:  (206) 223-7000**
**Fax:  (206) 223-7107**
**Attorney(s) For: Corbis Corporation**

VOLUNTARY DISMISSAL- 2

Case No. C05-1469 JCC
118232.0059/1262478.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000